ties' remaining contentions. (Appeals from Order of Supreme Court, Erie County, Mahoney, J.—Election Law.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ In the Matter of BETH BROWNSON, Appellant, v RUSSELL ANDREWS et al., Respondents. [667 NYS2d 958] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied the petition challenging three write-in ballots cast in favor of respondent Russell Andrews. Election Law § 8-308 (3) "mandates, in clear and unequivocal terms, that '[a] write-in ballot must be cast in its appropriate place on the machine, or it shall be void and not counted' " (*Matter of Haynie v Mahoney*, 48 NY2d 718, 719). Although the challenged ballots were cast in column four as opposed to column three, the court permissibly found that under the circumstances the three write-in ballots were cast in the appropriate place on the machine (*see, Matter of Daly v Jayne*, 233 AD2d 960; *Matter of Pauly v Mahoney*, 49 AD2d 1014, *lv denied* 37 NY2d 711, *appeal dismissed* 37 NY2d 887). (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Election Law.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM BRADLEY, Appellant. [668 NYS2d 128] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL AECKERLE, Appellant. (Appeal No. 1.) [668 NYS2d 107] —Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in denying defendant youthful offender treatment, and we decline to exercise our interest of justice jurisdiction to grant such treatment (*see, People v Young*, 224 AD2d 949, 950). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Reckless Endangerment, 1st Degree.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL AECKERLE, Appellant. (Appeal No. 2.) [668 NYS2d 107] —Judgment unanimously affirmed. Same Memorandum as in *People v Aeckerle* (244 AD2d 896 [decided herewith]). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Attempted Burglary, 2nd Degree.) Present—Denman, P. J., Pine, Wisner, Balio and Boehm, JJ.